1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                     Plaintiff,

     v.

GREGORY TIFT,

                  Defendant.

Case No. CR20-168 JCC

ORDER

This matter comes before the Court on Robert W. Goldsmith's motion to withdraw as standby counsel for defendant. The Court, finding good cause for the request, hereby GRANTS the motion. Counsel's withdrawal is effective as of the date of this Order. The Court hereby appoints Nicholas Vitek, vitek@viteklaw.com, (206) 673-2800, as standby counsel pursuant to the Amended Criminal Justice Act Plan for the United States District Court Western District of Washington.

The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

//

//

ORDER - 1

1    Dated this 14th day of December, 2021.

2

3                               MICHELLE L. PETERSON

4                               United States Magistrate Judge

ORDER - 2