Judge Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>GREGORY TIFT, )<br>)<br>Defendant. )<br>_____ ) | NO. CR20-168JCC<br><br>COUNSEL'S UNOPPOSED MOTION TO SEAL<br>*PRO SE* RESPONSE DKT#39<br><br>NOTED: December 16, 2021 |

**COMES NOW** counsel Robert Goldsmith, and files this Motion to Seal. Counsel hereby requests that *Pro se* Response, Dkt #39, be filed under seal, as it contains confidential information, not appropriate for public viewing. This motion is not opposed by the Government nor Mr. Tift.

Dated 14 Dec. 2021.                                    Respectfully submitted,


/s/ *R. Goldsmith*
Robert Goldsmith, WSBA #12265
Email: Bobgoldsmith52@gmail.com
Attorney for Defendant

MOTION TO SEAL - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 313-1780

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of Dec., 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent electronically to the Assistant U.S. Attorney, counsel of record for the Government.

DATED this 14th day of Dec., 2021

.

/s/ R. Goldsmith
Robert Goldsmith, WSBA # 12265
Email: Bobgoldsmith52@gmail.com
Attorney for defendant

MOTION TO SEAL - 2

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 313-1780