THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY TIFT,<br><br>　　　　　　　Defendant. | CASE NO. CR20-0168-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Gregory Tift's *pro se* motion to unseal certain documents. (Dkt. No. 40.) Having thoroughly considered the motion and the relevant record, and for good cause shown, the Court hereby GRANTS the motion for the reasons explained below.

On September 30, 2020, Mr. Tift was indicted for conspiracy to distribute controlled substances and possession of controlled substances with intent to distribute. (Dkt. No. 3.) In December 2021, the Court granted Defendant's motion to proceed *pro se*. (Dkt. No. 37.) Mr. Tift now moves to unseal documents he previously filed in support of his motion to proceed *pro se*. (Dkt. No. 40.)

Documents received from a defendant who is represented by counsel must be filed under seal, pending review by and specific order of the Court. W.D. Wash. Local Crim. R. 55(b)(13). Mr. Tift still had counsel when he filed the documents and thus, they remain under seal. (*See*

ORDER
CR20-0168-JCC
PAGE - 1

1  Dkt. Nos. 34, 35.) Having reviewed Mr. Tift's motion and the documents in question, the Court
2  finds no reason to maintain them under seal.
3      Accordingly, Defendant's *pro se* motion to unseal (Dkt. No. 40) is GRANTED. The
4  Court hereby ORDERS that Docket Numbers 34 and 35 be unsealed.
5      DATED this 14th day of January 2022.

                        John C. Coughenour
                        UNITED STATES DISTRICT JUDGE