THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0168-JCC |
| Plaintiff, | ORDER |
| v. | |
| GREGORY TIFT, | |
| Defendant. | |

This matter comes before the Court on the Government's unopposed motion to continue trial. (Dkt. No. 84.) Having thoroughly considered the relevant record, and for the reasons described below, the Court hereby GRANTS the motion.

In December 2021, Defendant Gregory Tift was charged by superseding indictment with conspiracy to distribute controlled substances and possession of controlled substances with intent to distribute. (Dkt. No. 41.) The Government moves to continue trial to September 12, 2022, to accommodate scheduling conflicts arising from the current trial date. (Dkt. No. 84 at 1–2.) Additionally, Mr. Tift indicated to the Government that he required more time to review, understand, and investigate discovery, as well have further testing done on the alleged drugs in evidence. (*Id.* at 2.) Based on the foregoing, the Court FINDS that the ends of justice served by granting the requested continuance outweigh the best interests of Defendant and the public to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). This finding is based on the following:

ORDER
CR20-0168-JCC
PAGE - 1

     1.     A failure to grant a continuance in this case would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

     2.     Taking into account the exercise of due diligence, a failure to grant a continuance would deny *pro se* Defendant the reasonable time necessary for effective preparation due to his need for adequate time to review discovery, as set forth in § 3161(h)(7)(B)(iv); and

     3.     The additional time requested is a reasonable period of delay.

Accordingly, the Court GRANTS the unopposed motion (Dkt. No. 84) and ORDERS:

     1.     The July 11, 2022 trial is CONTINUED until September 12, 2022; pretrial motions will be due August 11, 2022. The parties should consult the Court's Chambers Procedures posted on its website for detailed instructions regarding pretrial submissions and trial procedure.

     2.     The time from the date of this order until the September 12, 2022 trial date is an excludable period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 8th day of April 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE