THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GREGORY TIFT,<br><br>　　　　　　　Defendants. | CASE NO. CR20-0168-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Gregory Tift's motion to continue trial (Dkt. No. 117). Having thoroughly considered the briefing, and finding oral argument unnecessary, the Court GRANTS the motion for the reasons described herein.

Defendant moves to continue based on his need for additional time to review voluminous discovery along with other complicating factors, including his decision to represent himself, and pending external evidentiary testing results. (Dkt. No. 117 at 2–3, 6.) The Government opposes, asserting Defendant was warned of the risks of self-representation, has already received adequate time to prepare for trial, and because the public's interest in a speedy trial outweighs his proffered reasons for a continuance. (Dkt. No. 84 at 3.) Defendant previously moved to continue in December 2021, (*see* Dkt. No. 53), and the Government filed another motion to continue in March 2022, (*see* Dkt. No. 84).

The Court FINDS that, taking into account the exercise of due diligence, the failure to

grant a continuance would deny Defendant the reasonable time necessary for effective preparation, *see* 18 U.S.C. § 3161(h)(7)(B)(iv), and would therefore result in a miscarriage of justice, *see id.* (h)(7)(B)(i). Based on these findings, the Court concludes that the ends of justice served by granting a continuance outweigh the best interest of the public and of Defendant to a speedy trial, as set forth in § 3161(h)(7)(A).

Here, Defendant asks to continue the trial date to January or February of 2023. (Dkt. No. 122 at 5). The Court agrees with the Government that Defendant's request for more time is tempered by the two previous continuances, the Court's warning about the risks of self-representation, and the public's interest in a speedy trial.

Accordingly, the Court GRANTS Defendant's motion to continue (Dkt. No. 117) and ORDERS as follows:

1. The September 12, 2022 jury trial is CONTINUED until November 21, 2022.
2. The pretrial motions deadline is CONTINUED until October 4, 2022.
3. The period from the date of this order through the new trial date, November 21, 2022, is excludable under 18 U.S.C. § 3161(h)(7)(A) and (h)(6).

DATED this 20th day of July 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE