THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>GREGORY TIFT,<br><br>                Defendant. | CASE NO. CR20-0168-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion seeking reconsideration (Dkt. No. 136) of the Court's previous orders, namely Docket Numbers 112 and 118.

Under the Local Criminal Rules, "[m]otions for reconsideration are disfavored." CrR 12(b)(13)(A). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id.*

Defendant has not met this standard. The motion for reconsideration (Dkt. No. 136) is therefore DENIED.

//

//

DATED this 19th day of August 2022.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk

MINUTE ORDER, CR20-0168-JCC
PAGE - 2