THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GREGORY TIFT,<br><br>　　　　　Defendants. | CASE NO. CR20-0168-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Gregory Tift's motion to continue trial. (Dkt. No. 159). Having thoroughly considered the briefing, and finding oral argument unnecessary, the Court GRANTS the motion for the reasons described herein.

Defendant moves to continue based on his need for additional time to review voluminous discovery along with other complicating factors, including his decision to represent himself, and time to recover from a medical procedure. (*See generally* Dkt. No. 159). The Government opposes, asserting Defendant was warned of the risks of self-representation, has already received adequate time to prepare for trial, and because the public's interest in a speedy trial outweighs his proffered reasons for a continuance. (Dkt. No. 163 at 2–3). Defendant previously moved to continue in December 2021, (*see* Dkt. No. 53); the Government filed another motion to continue in March 2022, (*see* Dkt. No. 84); and the Defendant moved to continue again in July 2022 (*see* Dkt. No. 117), and October 2022 (*see* Dkt. No. 149).

ORDER
CR20-0168-JCC
PAGE - 1

Here, Defendant asks to continue the trial date to May 2023 (Dkt. No. 159). The Court FINDS that, taking into account the exercise of due diligence, the failure to grant a continuance would deny Defendant the reasonable time necessary for effective preparation, *see* 18 U.S.C. § 3161(h)(7)(B)(iv), and would therefore result in a miscarriage of justice, *see id.* (h)(7)(B)(i). Based on these findings, the Court concludes that the ends of justice served by granting a continuance outweigh the best interest of the public and of Defendant to a speedy trial, as set forth in § 3161(h)(7)(A).

Accordingly, the Court GRANTS Defendant's motion to continue (Dkt. No. 159) and ORDERS as follows:

1. The January 17, 2023 jury trial is CONTINUED until May 22, 2023.
2. The pretrial motions deadline has passed.
3. The period from the date of this order through the new trial date, May 22, 2023, is excludable under 18 U.S.C. § 3161(h)(7)(A) and (h)(6).

DATED this 8th day of December 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE