THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0168-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GREGORY TIFT, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on third-party Christerfer Frick's motion to quash Defendant Gregory Tift's subpoena. (Dkt. No. 223.) In response, Mr. Tift voluntarily withdraws the subpoena. (Dkt. No. 225 at 2.) Accordingly, the motion to quash is DENIED as moot.

DATED this 23rd day of June 2023.

Ravi Subramanian
Clerk of Court

s/*Samantha Spraker*
Deputy Clerk

MINUTE ORDER
CR20-0168-JCC
PAGE - 1