THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0168-JCC |
| Plaintiff, | REVISED ORDER |
| v. | |
| GREGORY TIFT, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to dismiss (Dkt. No. 232). In his motion, Defendant alleges that Government officials improperly violated the Compulsory Process Clause of the Sixth Amendment by threatening and improperly interfering with his expert witness Eduardo Espiritu. (*See id.*) Finding good cause, the Court will hold an evidentiary hearing on this issue before trial commences.

Accordingly, the parties are hereby notified to appear before this Court at 8:30 a.m. on September 5, 2023 **in Courtroom 16206. Because Defendant has already indicated to the Court that he has subpoenaed Mr. Espiritu to appear on this same day for the related trial, (***see*** Dkt. No. 246), the Clerk need not issue separate subpoena for Mr. Espiritu's presence at this hearing.**

REVISED ORDER
CR20-0168-JCC
PAGE - 1

1     DATED this 24th day of August 2023.

2                                            <u>Ravi Subramanian</u>
Clerk of Court

3

4                                            <u>s/*Samantha Spraker*</u>
Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26