THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>GREGORY TIFT,<br><br>                Defendant. | CASE NO. CR20-0168-JCC<br><br>ORDER |

        Sentencing in this matter is presently scheduled for December 5, 2023. (Dkt No. 294.) On November 28, 2023, Defendant informed the Clerk of Court that he "anticipates that two hours may be needed for evidence presentation if the sentencing hearing proceeds [as scheduled]." He cites to CrR 32(i)(1)(E), which provides: "At least seven days prior to the sentencing hearing, counsel shall inform the probation officer and Clerk's Office whether or not an evidentiary hearing will be requested at the sentencing and, if so, whether witnesses will be called, who they will be, and an estimated length of the hearing."

        But Defendant's notice is ineffective. This is because he failed to timely indicate whether witnesses will be called, and if so, who they will be.

        Furthermore, "[a] district court may permissibly deny [an evidentiary] hearing where a defendant is allowed to rebut the recommendations and allegations of the presentence report either orally or through the submission of written affidavits or briefs." *United States v. Sarno*, 73

ORDER
CR20-0168-JCC
PAGE - 1

F.3d 1470, 1502–03 (9th Cir. 1995) (citing *United States v. Baker*, 894 F.2d 1083, 1084–85 (9th Cir. 1990)). And here, Defendant has had the opportunity to do so and, in fact, submitted objections to the presentence report. (*See* Dkt. No. 321.) For those reasons, the Court DENIES Defendant's request for an evidentiary hearing at sentencing.

DATED this 30th day of November 2023.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE