THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY TIFT,<br><br>Defendant. | CASE NO. CR20-0168-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion to extend his self-surrender date (Dkt. No. 336). For the reasons described below, the motion is DENIED.

On December 5, 2023, the Court ordered that Defendant serve a 60 month and one day custodial sentence, followed by four years of supervision, for conspiracy to distribute controlled substances. (Dkt. No. 327 at 2.) In doing so, the Court authorized a generous self-surrender period to allow Defendant time to address his medical issues. (*See* Dkt. Nos. 327 at 2, 333 at 17–18.) The self-surrender date was subsequently set for March 5, 2024. (*See* Dkt. No. 336 at 1.) Defendant now seeks an extension to May 21, 2024, to continue certain dental treatment. (*See id.*) But according to Defendant's supporting medical documents, his treatment would not be

ORDER
CR20-0168-JCC
PAGE - 1

completed until August 2024, if not later. (*See* Dkt. No. 336-2 at 1.)[1] A delay of this magnitude would be excessive, particularly in light of Defendant's prior efforts to delay trial and sentencing on similar grounds. (*See, e.g.*, Dkt. Nos. 159, 164, 177, 241, 245, 307, 318.) Moreover, FCI Terminal Island appears capable of providing the services necessary to treat Defendant's conditions. (*See* Dkt. No. 338-1.)

For those reasons, Defendant's motion for an extension (Dkt. No. 336) is DENIED.

DATED this 20th day of February 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

---

[1] Notably absent from Defendant's reply (Dkt. No. 339) is any attempt to address the Government's concern that "other motions [to extend] would be forthcoming." (Dkt. No. 338 at 3.)

ORDER
CR20-0168-JCC
PAGE - 2