THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GREGORY TIFT,<br><br>　　　　　　　Defendant. | CASE NO. CR20-0168-JCC<br><br>ORDER |

　　　This matter comes before the Court on Defendant's second motion to extend his self-surrender date (Dkt. No. 341). Defendant previously sought an extension from March 5, 2024, to May 21, 2024, to continue certain dental treatment. (*See* Dkt. No. 336.) But given the magnitude of this delay and Defendant's history of employing dilatory tactics, the Court denied the motion. (Dkt. No. 340.) Defendant now seeks a more modest extension—until March 20, 2024—to accommodate his March 15 oral surgery and the ensuing recovery period. (Dkt. No. 341 at 1–2.) Finding good cause, the Court hereby GRANTS the motion. The United States Probation and Pretrial Services is DIRECTED to coordinate with the Bureau of Prisons for a new self-surrender date, consistent with this order.

　　　Defendant is forewarned that the Court is highly unlikely to entertain further extension requests.

//

ORDER
CR20-0168-JCC
PAGE - 1

DATED this 27th day of February 2024.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE