THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR20-0168-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| GREGORY TIFT, | |
| Defendant. | |

This matter comes before the Court on Defendant's third motion to extend his self-surrender date (Dkt. No. 345). Defendant previously sought an extension from March 5, 2024, to May 21, 2024, to continue certain dental treatment. (*See* Dkt. No. 336.) But given the magnitude of this delay and Defendant's history of employing dilatory tactics, the Court denied the motion. (*See* Dkt. No. 340.) Defendant then sought a more modest extension—until March 20, 2024—to accommodate a March 15, 2024, oral surgery and the ensuing recovery period. (*See* Dkt. No. 341 at 1–2.) The Court granted that motion but, in doing so, warned Defendant that "the Court is highly unlikely to entertain further extension requests." (Dkt. No. 344 at 1.)

Now, Defendant seeks yet another extension, this time until April 1, 2024. (*See* Dkt. No. 345 at 1.) He argues such an extension is necessary to allow for a final dental surgery scheduled on March 21, 2024. (*Id.*) Although the Court is disinclined to provide further extensions, it finds good cause here and therefore GRANTS the motion. However, Defendant is now forewarned

ORDER
CR20-0168-JCC
PAGE - 1

that the Court will **not** consider further extension requests—modest or otherwise.

The United States Probation and Pretrial Services is DIRECTED to coordinate with the Bureau of Prisons for a new self-surrender date, consistent with this order.

DATED this 15th day of March 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE