THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY TIFT,<br><br>Defendant. | NO. CR20-168 JCC<br><br>[~~PROPOSED~~] ORDER STRIKING VIOLATION OF APPEARANCE BOND FOR FAILURE TO SURRENDER AND ORDER QUASHING WARRANT |

The Court grants the government's motion to strike the violation of Mr. Tift's appearance bond for failure to surrender to the custody of the Bureau of Prisons by April 1, 2024, as directed by this Court and United States Pretrial Services Officer Lisa Combs.

Furthermore, the Court quashes the warrant issued by this Court on April 2, 2024, for Mr. Tift's failure to surrender to the custody of the Bureau of Prisons by April 1, 2024.

//
//
//

ORDER STRIKING VIOLATION OF APPEARNCE BOND
FOR FAILURE TO SURRENDER AND ORDER
QUASHING WARRANT – 1
*United States v. Tift*, CR20-168 JCC

Additionally, the Court directs the United States Marshal Service to transport Mr. Tift directly to the custody of the Bureau of Prisons pursuant to the judgment and commitment entered by this Court in this case. Dkt. 327.

It is so ORDERED.

DATED this 11th day of April 2024.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE