THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>GREGORY TIFT,<br><br>                Defendant. | CASE NO. CR20-0168-JCC<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court on Defendant's motion for release from custody (Dkt. No. 381). The Ninth Circuit has already once denied Defendant's request for bail. *See United States v. Tift*, No. 23-4261, slip op. at 1 (9th Cir. Mar. 28, 2024), ECF No. 15.1. Defendant cannot seek to evade that ruling by appealing to this Court. In fact, even if this Court were to rule on the issue, any appeal would land before the Ninth Circuit—where, again, it has already been determined. Accordingly, The Court declines to consider Defendant's motion.[1] The Clerk is

---

[1] To the extent Defendant argues that the issue is not moot because his appellate counsel failed to make an "exceptional reasons" argument pursuant to 18 U.S.C. § 3145(c), (see Dkt. No. 381 at 7), the Court observes that that provision governs the appellate review of a detention order and thus has no bearing on this Court's authority to grant or deny Defendant's bail. See 18 U.S.C. § 3145(c) ("Appeal from a release or detention order").

MINUTE ORDER
CR20-0168-JCC
PAGE - 1

1 | DIRECTED to terminate the motion (Dkt. No. 381).

2 |     DATED this 7th day of February 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
CR20-0168-JCC
PAGE - 2