THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0168-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GREGORY TIFT, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's request for an additional thirty (30) days to respond to Docket Number 389 (Dkt. No. 392). However, Chief Judge Estudillo already granted Docket Number 389. (*See generally* Dkt. No. 390.) Accordingly, the Court STRIKES the motion (Dkt. No. 392) as moot.

DATED this 24th day of March 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
CR20-0168-JCC
PAGE - 1